IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district,

        Plaintiff,

  v.                             CIV. NO. S-05-617 LKK/GGH

FRU-CON CONSTRUCTION CORPORATION,     O R D E R
a corporation; A. TEICHERT & SON,
INC., aka TEICHERT CONSTRUCTION,
a California corporation,

        Defendants.
                                    /

    A hearing in this case is presently scheduled for May 23, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to plaintiffs' motion for remand, defendants' motion to drop a party, and defendant Teichert's motion to dismiss. A motion to stay in a related case, Fru-Con v. Sacramento Municipal Utility District, 05-583, is also scheduled to be heard on this date.

////

////

1

1  Because the motion to remand may dispose of the other matters,
2 the remaining motions are hereby dropped from the May
3 23, 2005 calendar.  The motions may be reset upon the disposition
4 of the motion to remand.
5  IT IS SO ORDERED.
6  DATED:  May 17, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT